**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carlos David HERRERA,
Defendant–Appellant.**

**No. 03–14549
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 22, 2005.

Sandra E. Strippoli, AUSA, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Jay L. Strongwater, Strongwater & Associates, Atlanta, GA, for Defendant–Appellant.

Before EDMONDSON, Chief Judge, CARNES and HULL, Circuit Judges.

---

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM.

This case is before the Court for consideration in the light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We affirmed previously Appellant's 120-month sentence imposed after he entered a non-negotiated plea of guilty to drug trafficking offenses. *See United States v. Herrera,* 116 Fed. Appx. 248 (11th Cir.2004). The Supreme Court has vacated our prior decision and remanded the case to us for further consideration in the light of its decision in *Booker.*

Appellant raised no constitutional challenge to his sentence and asserted no error based on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), or its progeny, in his initial and reply briefs. In *United States v. Dockery,* 401 F.3d 1261, 1262 (11th Cir.2005), we concluded that " 'our well-established rule that issues and contentions not timely raised in the briefs are deemed abandoned,' " (quoting *United States v. Ardley,* 242 F.3d 989, 990 (11th Cir.2001)) applies to *Booker* error; an appellant who fails to raise a *Booker/Apprendi* issue in his initial brief has abandoned that error on appeal.

No *Booker/Apprendi* sentence challenge has been raised timely—or at all—in this case. We reinstate our previous opinion and affirm, once again, Appellant's sentence after our reconsideration in the light of *Booker,* pursuant to the Supreme Court's mandate.

OPINION REINSTATED; SENTENCE AFFIRMED.